LULU M. GEER, Respondent, *v.* UNION MUTUAL LIFE INSURANCE COMPANY, Appellant. (Actions 1 and 2.)

Submitted May 17, 1937; decided May 25, 1937.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended as follows: Judgment modified by reducing the recovery to $118 with interest thereon from December 20, 1934,

and with costs to plaintiff in the Municipal Court; otherwise, judgment affirmed, with costs in this court and in the Appellate Division to the defendant-appellant. (See 273 N. Y. 261.)